UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2008 JAN -7 AM 11: 37

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| LARAY LOVETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIRTRAN AIRWAYS, INC. )<br>)<br>Defendant. ) | Case No. CV407-007 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2008.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA